### 43981. LAMAR NASH BUICK-PONTIAC, INC. v. TULLIS.

QUILLIAN, Judge. This case is controlled by the decision in *Lamar Nash Buick-Pontiac v. Crowe,* 118 Ga. App. 669.

*Judgment affirmed. Bell, P. J., and Hall, J., concur.*

ARGUED OCTOBER 8, 1968—DECIDED NOVEMBER 19, 1968.

*Smith, Cohen, Ringel, Kohler, Martin & Lowe, Meade Burns, Robert W. Beynart,* for appellant.
*Joseph E. Cheeley,* for appellee.